**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                    Case No.: 21-14282-SMG
                                          Chapter 13

    Efrain  Navarrete

_____ Debtor(s)          /

## OBJECTION TO CLAIM ON SHORTENED NOTICE

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION*
*TO YOUR CLAIM*

    *This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

    Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Amount of Claim |
|---|---|---|
| 6 | *Jefferson Capital System, LLC* | *$504.61* |

Basis for Objection and Recommended Disposition

On or about June 7, 2021, Creditor filed an unsecured proof of claim in the amount of $504.61 for a retail account ending in 1029. This claim is barred by the statute of limitations. Debtor requests this claim be stricken and disallowed.

| Claim No. | Name of Claimant | Amount of Claim |
|---|---|---|
| 7 | *Jefferson Capital System, LLC* | *$7,527.91* |

Basis for Objection and Recommended Disposition

On or about June 24, 2021, Creditor filed an unsecured proof of claim in the amount of $7,527.91 *for a retail account* ending in 6458. This claim is barred by the statute of limitations. Debtors request this claim be stricken and disallowed.

| Claim No. | Name of Claimant | Amount of Claim |
|---|---|---|
| 8 | *Jefferson Capital System, LLC* | *$3,651.21* |

Basis for Objection and Recommended Disposition

On or about June 30, 2021, Creditor filed an unsecured proof of claim in the amount of $3,651.21 *credit card* account ending in 8208. This claim is barred by the statute of limitations. Debtors request this claim be stricken and disallowed.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED:  July 14, 2021

Respectfully Submitted:
Robert Sanchez, P.A.
355 West 49th Street
Hialeah, FL 33012
Fl. Bar No. 0442161
Telephone: (305) 687-8008
E-Mail: court@bankruptcyclinic.com