### STATEMENT OF PAST DUE SUPPORT OWED FOR CHILD SUPPORT

Bankruptcy was filed on <u>April 30, 2021</u>. The most recent Order entered in this case required a payment for child support of $499.92 per month. There was $900.00 in arrears due at the time that the Child Support Order was established. The first payment of child support was due on November 15, 2019 and lasts for 42 months until May 15, 2023.

|  | Year 2019 | | Year 2020 | | Year 2021 | |
| --- | --- | --- | --- | --- | --- | --- |
|  | Due | Paid | Due | Paid | Due | Paid |
| January |  |  | 499.92 | 1,059.84 | 499.92 | 1,059.84 |
| February |  |  | 499.92 | - | 499.92 | 1,059.84 |
| March |  |  | 499.92 | - | 499.92 | 529.92 |
| April |  | 400.00 | 499.92 | 1,059.84 | 499.92 | 529.92 |
| May |  | 493.00 | 499.92 | - |  |  |
| June |  | 493.00 | 499.92 | - |  |  |
| July |  | 493.00 | 499.92 | 1,059.84 |  |  |
| August |  | 493.00 | 499.92 | - |  |  |
| September |  | 493.00 | 499.92 | 529.92 |  |  |
| October |  | 493.00 | 499.92 | 1,059.84 |  |  |
| November | 499.92 | 529.92 | 499.92 | - |  |  |
| December | 499.92 | 529.92 | 499.92 | 1,029.92 |  |  |
| **Subtotal** | **999.84** | **4,417.84** | **5,999.04** | **5,799.20** | **1,999.68** | **3,179.52** |
| Total due | $ 8,998.56 | Total paid | $ 13,396.56 | Total amount owed |  | $ (4,398.00) |

#### Statement of past due support owed for alimony

|  | Year 2019 | | Year 2020 | | Year 2021 | |
| --- | --- | --- | --- | --- | --- | --- |
|  | Due | Paid | Due | Paid | Due | Paid |
| January |  |  | 875.00 | 875.00 | 875.00 | - |
| February |  |  | 875.00 | - | 875.00 | 100.00 |
| March |  |  | 875.00 | - | 875.00 | - |
| April |  |  | 875.00 | - | 875.00 | - |
| May |  |  | 875.00 | - |  | 100.00 |
| June |  |  | 875.00 | - |  | 500.00 |
| July |  |  | 875.00 | - |  |  |
| August |  |  | 875.00 | - |  |  |
| September |  | 300.00 | 875.00 | - |  |  |
| October |  |  | 875.00 | - |  |  |
| November | 875.00 | 875.00 | 875.00 | - |  |  |
| December | 875.00 | 875.00 | 875.00 | - |  |  |
| **Subtotal** | **1,750.00** | **2,050.00** | **10,500.00** | **875.00** | **3,500.00** | **700.00** |
| Total due | $ 15,750.00 | Total paid | $ 3,625.00 | Total amount owed |  | $ 12,125.00 |

| | | | | |
| --- | --- | --- | --- | --- |
| Total Alimony owed: | $ 12,125.00 | Total Child Support owed: | $ (4,398.00) | |
| Total owed: | $ 7,727.00 | Plus total arrears owed: | $ 900.00 | |
| **Total amount owed:** | $ 8,627.00 | | | |

Under penalty of perjury, I Efrain Navarette declare the facts stated in this statement of Past-Due Support Owed for Child Support and Alimony are true.

Signature: _____        Date: _____