# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

EFRAIN NAVARRETE

Case No: 21-14282-SMG

Chapter 13

Debtor(s)      /

## CREDITOR NUBIA LOPEZ NAVARRETE'S RESPONSE TO DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 3 )

COMES NOW, the Creditor, NUBIA LOPEZ NAVARRETE, by and through his undersigned attorney, and files her Response to EFRAIN NAVARRETE objection to Proof of Claim as follows:

1. On May 24, 2021 Creditor failed Proof of Claim NO.: 3 in the amount of $16,874.68.

2. The debtor objected to this amount producing an Affidavit of Support without providing any evidence that said payments have been made.

3. Creditor attaches the following Declaration of Unpaid Support by Florida Department of Revenue Child Support Program, detailing the amount owed by the Debtor is actually $15,400.000 as of August 23, 2021. (Exhibit 1).

WHEREFORE, Creditor respectfully requests this Court to Deny debtor's Objection to Proof of Claim no 3 filed by NUBIA LOPEZ (NAVARRETE and any other relief this court deems proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the attached service list on this  27th  of August, 2021. I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A)

**/S/ Efrain Cortes**
Efrain Cortes, Esq.
Attorney for the Debtor
FBN.: 0885649
POB 590173
Ft. Lauderdale, FL 33359
(954) 486-5722
efrain@ecglawyer.com

**The following parties were served via the Notice of Electronic Filing**

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov
Robin R. Wener
ecf@ch13weiner.com

Robert Sanchez, Esq.
Court@bankruptcyclinic.com; r1375@notifybestcase.com