| CHILD SUPPORT INFORMATION |
|---|

## Florida Department of Revenue Child Support Program

1900 West Commercial Blvd., Suite 190
Ft. Lauderdale, FL 33309
1-850-488-KIDS (5437)

## Support Depository

P.O. Box 14248
Ft. Lauderdale, FL 33302
540 SE 3rd Avenue
1-954-831-7309            Historial certificade

- Processing and recording payments
- Providing official records for the courts

## Florida State Disbursement Unit

### Pay online:

Pay by electronic check or credit card (fees may apply)

- Florida State Disbursement Unit SMART ePay*
  **fl.smartchildsupport.com**
  *No fees when paying by electronic check
- Clerks of Court Website
  **myfloridacounty.com**

### Pay by mail:

- Include on your payment your name and address, case number, and county name
- Mail your check or money order to:
  Florida State Disbursement Unit
  P.O. Box 8500
  Tallahassee, FL 32314-8500

### Pay by employer:

- Automatic payroll deduction



**FLORIDA**
CS-05CF07 R. 5/18

# BROWARD COUNTY
## HELPFUL RESOURCES

**FLORIDA**

FLORIDA DEPARTMENT OF REVENUE
**CHILD SUPPORT PROGRAM**



Exhibit ___1___



Child Support Program

CS-PO11aa
N. 04/21

## Declaration of Unpaid Support - Alimony

Parent due alimony: ~~Enter Name~~ Nubia del Rocio Navarrete
Parent who owes alimony: ~~Enter Name~~ Efrain Navarrete
Child Support Case Number: ~~Enter Number~~ 2001570834
Court Case Number: ~~Enter Number~~ 18-012617

1. The most recent order entered in this case required a payment for alimony of $ 700 (1) per month (2) and established a total amount due of $ 700 (3) as of Oct-04-2019. The first payment of alimony under this order was due Nov-15/19 (5).

2. Monthly accounting of payments due and paid:

| | Year: 2019 | | Year: 2020 | | Year: 2021 | |
|---|---|---|---|---|---|---|
| | Due | Paid | Due | Paid | Due | Paid |
| January | | | 700 | 875 | 700 | 0 |
| February | | | 700 | 0 | 700 | 0 |
| March | | | 700 | 0 | 700 | 0 |
| April | | | 700 | 0 | 700 | 0 |
| May | | | 700 | 0 | 700 | 0 |
| June | | | 700 | 0 | 700 | 0 |
| July | | | 700 | 0 | 700 | 0 |
| August | | | 700 | 0 | 700 | 0 |
| September | | | 700 | 0 | | |
| October | | | 700 | 0 | | |
| November | 700 | 0 | 700 | 0 | | |
| December | 700 | 875 | 700 | 0 | | |
| Subtotal | A 1400 | B 875 | A 8400 | B 875 | A 5600 | B 0 |

| | Year: ___ | | Year: ___ | | Year: ___ | |
|---|---|---|---|---|---|---|
| | Due | Paid | Due | Paid | Due | Paid |
| January | | | | | | |
| February | | | | | | |
| March | | | | | | |
| April | | | | | | |
| May | | | | | | |
| June | | | | | | |
| July | | | | | | |
| August | | | | | | |
| September | | | | | | |
| October | | | | | | |
| November | | | | | | |
| December | | | | | | |
| Subtotal | A | B | A | B | A | B |

3. Total Amount Due $ 15400 (6)       Total Amount Paid $ 1750 (7)
   Total Amount Owed $ 13,650 (8)     As Of: Agost-02-2021 (9)
   Number of additional pages attached: _____ (10)

4. Under penalty of perjury, I ~~Enter Name~~ declare the facts stated in this Declaration of Unpaid Support - Alimony are true.
   Signature: [signature]       Date: Agost-02-2021

Page 1 of 1



Child Support Program

CS-PO11ac
N. 04/21

## Declaration of Unpaid Support - Child Support

Parent due support: Enter Name Nubia del Rocio Navarrete

Child Support Case Number: Enter Number ZC 001570 834

Parent who owes support: Enter Name Efrain Navarrete

Court Case Number: Enter Number 18-012617

1. The most recent order entered in this case required a payment for child support of $ 499.92 (1) per Month (2) and established a total amount due of $ 499.92 (3) as of October 4/2019. The first payment of child support under this order was due Nov. 15, 2019 (5).

2. Monthly accounting of payments due and paid:

| | Year: 2019 Due | Paid | Year: 2020 Due | Paid | Year: 2021 Due | Paid |
|---|---|---|---|---|---|---|
| January | | | 499.92 | 529.92 | 499.92 | |
| February | | | 499.92 | 0 | 499.92 | 0 |
| March | | | 499.92 | 0 | 499.92 | 1159.84 |
| April | | | 499.92 | 1059.84 | 499.92 | 1159.84 |
| May | | | 499.92 | 0 | 499.92 | 1159.84 |
| June | | | 499.92 | 0 | 499.92 | 1159.84 |
| July | | | 499.92 | 1059.84 | 499.92 | 529.92 |
| August | | | 499.92 | 0 | 499.92 | |
| September | | | 499.92 | 529.92 | | |
| October | | | 499.92 | 0 | | |
| November | 499.92 | 499.92 | 499.92 | 1059.84 | | |
| December | 499.92 | 0 | 499.92 | 0 | | |
| Subtotal | A 999.84 | B 499.92 | A 5999.04 | B 4239.36 | A 3999.36 | B 5169.28 |

| | Year: ___ Due | Paid | Year: ___ Due | Paid | Year: ___ Due | Paid |
|---|---|---|---|---|---|---|
| January | | | | | | |
| February | | | | | | |
| March | | | | | | |
| April | | | | | | |
| May | | | | | | |
| June | | | | | | |
| July | | | | | | |
| August | | | | | | |
| September | | | | | | |
| October | | | | | | |
| November | | | | | | |
| December | | | | | | |
| Subtotal | A | B | A | B | A | B |

3. Total Amount Due $ 10998.24 (6)    Total Amount Paid $ 9908.56 (7)

   Total Amount Owed $ 1089.68 (8)    As Of: Agost./02/2021 (9)

   Number of additional pages attached: ___ (10)

4. Under penalty of perjury, I Enter Name declare the facts stated in this Declaration of Unpaid Support - Child Support are true.

   Signature: Nubia N    Date: Agost/02/2021

Page 2 of 2