**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

| | | |
|---|---|---|
| ☐ | _____ | Original Plan |
| ☑ | THIRD _____ | Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable) |
| ☐ | _____ | Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable) |

DEBTOR: Efrain Navarrete          JOINT DEBTOR: _____          CASE NO.: 21-14282-SMG

SS#: xxx-xx- 2645          SS#: xxx-xx- _____

## I.  NOTICES

To Debtors:   Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors:   Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties:   The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | | | |
|---|---|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ | Included | ☑ | Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ | Included | ☑ | Not included |
| Nonstandard provisions, set out in Section IX | ☑ | Included | ☐ | Not included |

## II.  PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A.  MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $958.46 _____ for months __1__ to __3__ ;

2. $1,508.38 _____ for months __4__ to __25__ ;

3. $1,528.26 _____ for months __26__ to __60__ ;

**B.  DEBTOR(S)' ATTORNEY'S FEE:**          ☐ NONE   ☐ PRO BONO

| Total Fees: | $6,650.00 | Total Paid: | $1,190.00 | Balance Due: | $5,460.00 |
|---|---|---|---|---|---|

Payable _____$91.00_____ /month (Months __1__ to __60__ )

Allowed fees under LR 2016-l(B)(2) are itemized below:
Fee Application: $6,650.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III.  TREATMENT OF SECURED CLAIMS   ☑ NONE

## IV.  TREATMENT OF FEES AND PRIORITY CLAIMS [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]   ☐ NONE

**A.  ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☑ NONE

**B.  INTERNAL REVENUE SERVICE:** ☑ NONE

**C.  DOMESTIC SUPPORT OBLIGATION(S):** ☐ NONE   ☐ CURRENT AND PAID OUTSIDE

LF-31 (rev. 06/04/21)

1.  Name of Creditor: Nubia Lopez Navarrete (CHILD SUPPORT)

Payment Address: POB 826822, Pembroke Pines, FL 33082

Total Due: _____ $919.84 _____

    Payable _____ $15.33 _____ /month (Months __1__ to __60__ )

    Regular Payemnt (if applicable) _____ $499.92 _____ /month (Months __4__ to __25__ )

2.  Name of Creditor: Nubia Lopez Navarrete (ALIMONY)

Payment Address: POB 826822, Pembroke Pines, FL 33082

Total Due: _____ $15,525.00 _____

    Payable _____ $65.00 _____ /month (Months __1__ to __25__ )

    Payable _____ $397.14 _____ /month (Months __26__ to __60__ )

    Regular Payemnt (if applicable) _____ $700.00 _____ /month (Months __1__ to __60__ )

**D.  OTHER:** ■ NONE

**V.  TREATMENT OF UNSECURED NONPRIORITY CREDITORS**  ☐ NONE

    **A.** Pay _____ $185.86 _____ /month (Months __26__ to __60__ )

        Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    **B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    **C.** SEPARATELY CLASSIFIED:  ■ NONE

**VI.  STUDENT LOAN PROGRAM** ■ NONE

**VII.  EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ■ NONE

**VIII.  INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

    ■ Debtor(s) shall provide copies of yearly income tax returns to the Trustee (but not file with the Court) no later than May
15th during the pendency of the Chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase,
debtor(s) shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of
allowed unsecured claims. [Broward/Palm Beach cases]

**IX.  NON-STANDARD PLAN PROVISIONS** ☐ NONE

■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local
Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

Debtor paid the first three months of post-petition CHILD SUPPORT directly to payee, and thus CHILD SUPPORT payments of
$499.92 begin on month 4 of 1AP under the first line of "Regular Payment" of item IV. C. 1. Per Support Order, Child Support
ends on May 15, 2023 which is month 25 of the plan. Thus the total regular payments of $499.92 end on month 25 of the plan.
The Child Support arrears of $919.84 was also included in the past-due arrears payments. These payments are detailed in
"Regular Payments" of item IV. C. 1.

Debtor is paying $700.00 per month for ALIMONY regular payments which continue past the end of the life of the plan. These
payments are detailed in "Regular Payments" of item IV. C. 2.

☐ Mortgage Modification Mediation

LF-31 (rev. 06/04/21)

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Debtor | Date | Joint Debtor | Date |
|---|---|---|---|

Efrain Navarrete

/s/Robert Sanchez, Esq     September 9, 2021

Attorney with permission to sign on     Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**

LF-31 (rev. 06/04/21)