UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

| | | |
|---|---|---|
| ☐ | _____ | Original Plan |
| ■ | THIRD | Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable) |
| ☐ | _____ | Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable) |

DEBTOR: Efrain Navarrete       JOINT DEBTOR: _____       CASE NO.: 21-14282-SMG
SS#: xxx-xx- 2645              SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section IX | ■ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT**: This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $958.46         for months  1  to  3  ;
2. $1,508.38       for months  4  to  25  ;
3. $1,528.26       for months  26 to  60  ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**       ☐ NONE       ☐ PRO BONO

| Total Fees: | $6,650.00 | Total Paid: | $1,190.00 | Balance Due: | $5,460.00 |
|---|---|---|---|---|---|
| Payable | $91.00 | /month (Months 1 to 60 ) | | | |

Allowed fees under LR 2016-1(B)(2) are itemized below:
Fee Application: $6,650.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS   ■ NONE

## IV. TREATMENT OF FEES AND PRIORITY CLAIMS [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]   ☐ NONE

**A. ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

**B. INTERNAL REVENUE SERVICE:** ■ NONE

**C. DOMESTIC SUPPORT OBLIGATION(S):** ☐ NONE    ☐ CURRENT AND PAID OUTSIDE

Debtor(s): Efrain Navarrete         Case number: 21-14282-SMG

1. Name of Creditor: Nubia Lopez Navarrete (CHILD SUPPORT)

Payment Address: POB 826822, Pembroke Pines, FL 33082

Total Due: $919.84

Payable   $15.33   /month (Months  1  to  60 )

Regular Payemnt (if applicable)   $499.92   /month (Months  4  to  25 )

2. Name of Creditor: Nubia Lopez Navarrete (ALIMONY)

Payment Address: POB 826822, Pembroke Pines, FL 33082

Total Due:   $15,525.00

Payable   $65.00   /month (Months  1  to  25 )

Payable   $397.14   /month (Months  26 to  60 )

Regular Payemnt (if applicable)   $700.00   /month (Months  1  to  60 )

D. **OTHER:** ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**   ☐ NONE

   A. Pay   $185.86   /month (Months  26  to  60 )

   Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

   B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

   C. SEPARATELY CLASSIFIED:   ■ NONE

VI. **STUDENT LOAN PROGRAM**   ■ NONE

VII. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES**   ■ NONE

VIII. **INCOME TAX RETURNS AND REFUNDS:**   ☐ NONE

   ■ Debtor(s) shall provide copies of yearly income tax returns to the Trustee (but not file with the Court) no later than May 15th during the pendency of the Chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims. [Broward/Palm Beach cases]

IX. **NON-STANDARD PLAN PROVISIONS**   ☐ NONE

   ■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

Debtor paid the first three months of post-petition CHILD SUPPORT directly to payee, and thus CHILD SUPPORT payments of $499.92 begin on month 4 of 1AP under the first line of "Regular Payment" of item IV. C. 1. Per Support Order, Child Support ends on May 15, 2023 which is month 25 of the plan. Thus the total regular payments of $499.92 end on month 25 of the plan. The Child Support arrears of $919.84 was also included in the past-due arrears payments. These payments are detailed in "Regular Payments" of item IV. C. 1.

Debtor is paying $700.00 per month for ALIMONY regular payments which continue past the end of the life of the plan. These payments are detailed in "Regular Payments" of item IV. C. 2.

☐ Mortgage Modification Mediation

Debtor(s): Efrain Navarrete     Case number: 21-14282-SMG

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| _____ Debtor | 09-23-2021 | _____ Joint Debtor | _____ |
|---|---|---|---|
| Efrain Navarrete | Date | | Date |

| /s/Robert Sanchez, Esq | September 9, 2021 |
|---|---|
| Attorney with permission to sign on Debtor(s)' behalf | Date |

By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.

Efrain Navarrete - 21-14282-SMG        Time Records for Chapter 13 Case (Prior to Confirmation)

| DATE | STAFF | DESCRIPTION | TIME | COST | PRICE/HOUR | SUB TOTAL |
|---|---|---|---|---|---|---|
| 4/20/2020 | RS | Initial Consultation and retainer | 0.9 | | 425 | $382.50 |
| 8/19/2020 | NV | Client visit | 0.2 | | 125 | $25.00 |
| 1/4/2021 | JAG | Client assigned and case review | 0.6 | | 125 | $75.00 |
| 1/7/2021 | RS | Phone call with attorney; email follow up | 1.2 | | 425 | $510.00 |
| 4/19/2021 | RS | Client call | 0.2 | | 425 | $85.00 |
| 4/30/2021 | JAG | Prep final case | 0.5 | | 125 | $62.50 |
| 4/30/2021 | RS | Review of full case and filed case | 0.3 | | 425 | $127.50 |
| 5/5/2021 | JAG | Prepared letter | 0.3 | | 125 | $37.50 |
| 5/10/2021 | JAG | Trustee Docs | 0.3 | | 125 | $37.50 |
| 5/21/2021 | JAG | Client call | 0.2 | | 125 | $25.00 |
| 5/26/2021 | JAG | Perpared LF90 and LF67 | 0.3 | | 125 | $37.50 |
| 6/7/2021 | RS | Client call | 0.2 | | 425 | $85.00 |
| 6/10/2021 | RS | Client call | 0.2 | | 425 | $85.00 |
| 6/16/2021 | RS | Client call | 0.2 | | 425 | $85.00 |
| 6/17/2021 | RS | Client call | 0.1 | | 425 | $42.50 |
| 6/18/2021 | RS | Phone call with client; reviewed file; emailed client | 0.6 | | 425 | $255.00 |
| 6/18/2021 | RS | Email with IRS | 0.3 | | 425 | $127.50 |
| 6/19/2021 | RS | Email from client on payments made | 0.4 | | 425 | $170.00 |
| 6/21/2021 | RS | 341 Meeting | 0.3 | | 425 | $127.50 |
| 6/21/2021 | RS | Phone call with client; reviewed file; various client emails; staff emails | 0.9 | | 425 | $382.50 |
| 6/22/2021 | RS | Client email | 0.4 | | 425 | $170.00 |
| 6/23/2021 | RS | Email from client on payments made | 0.2 | | 425 | $85.00 |
| 6/28/2021 | RS | Continued 341; emails to and from client; client phone calls | 0.7 | | 425 | $297.50 |
| 7/14/2021 | RS | Multiple emails | 0.6 | | 425 | $255.00 |
| 7/14/2021 | RS | Multiple phone calls; reviewed file | 1.6 | | 425 | $680.00 |
| 7/14/2021 | RS | Objection to claim x2 w/ COS | 0.7 | | 425 | $297.50 |
| 7/14/2021 | RS | Precall for confirmation | 0.1 | | 425 | $42.50 |
| 7/14/2021 | JAG | Emails to client and to Robin | 0.4 | | 125 | $50.00 |
| 7/15/2021 | RS | Objection to claim w/ COS | 0.4 | | 425 | $170.00 |
| 7/15/2021 | JAG | Amended LF67; filed amended schedules | 0.4 | | 125 | $50.00 |
| 7/15/2021 | RS | Reviewed and filed 1AP with COS | 0.4 | | 425 | $170.00 |
| 7/15/2021 | RS | Claims review and filed Compliance | 0.5 | | 425 | $212.50 |
| 7/15/2021 | RS | Confirmation hearing preparation | 0.2 | | 425 | $85.00 |
| 7/15/2021 | RS | Phone calls with client; emails to client | 0.7 | | 425 | $297.50 |
| 7/29/2021 | RS | Call from Christine from Robin's | 0.2 | | 425 | $85.00 |
| 8/6/2021 | RS | 2AP and COS; Client phone calls; client emails | 0.9 | | 425 | $382.50 |
| 8/9/2021 | RS | Email and Call with Joanna | 0.3 | | 425 | $127.50 |
| 8/10/2021 | RS | Email from Raychelle Tasher from IRS | 0.3 | | 425 | $127.50 |
| 8/11/2021 | RS | Precall for confirmation | 0.1 | | 425 | $42.50 |

X _[signature]_

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/12/2021 | RS | Filed signed declaration and client consultation; Confirmation hearing preparation; email with IRS | 0.2 | 425 | $85.00 |
| 8/17/2021 | RS | Submission and COS for Order sustaining objection | 0.2 | 425 | $85.00 |
| 8/19/2021 | RS | Review of Notice of appearance for IRS; also amended POC | 0.3 | 425 | $127.50 |
| 8/19/2021 | JAG | COS 3x | 0.5 | 125 | $62.50 |
| 8/20/2021 | RS | Review Notice of Apperance for Nubia | 0.1 | 425 | $42.50 |
| 8/23/2021 | RS | Review documents and response to Nubia's claim | 0.8 | 425 | $340.00 |
| 8/25/2021 | JAG | COS on confirmation hearing and withdraw document | 0.3 | 125 | $37.50 |
| 8/31/2021 | RS | Client call | 0.2 | 425 | $85.00 |
| 9/7/2021 | RS | Email from Nubia's attorney Efrain Cortes and call | 0.3 | 425 | $127.50 |
| 9/8/2021 | RS | Precall for confirmation; emails to client | 0.5 | 425 | $212.50 |
| 9/9/2021 | RS | Phone call with client; reviewed file | 0.3 | 425 | $127.50 |
| 9/9/2021 | JAG | Emails to Robin | 0.1 | 125 | $12.50 |
| 9/9/2021 | RS | Confirmation hearing preparation | 0.2 | 425 | $85.00 |
| 9/10/2021 | RS | Prepared 3AP and COS | 0.4 | 425 | $170.00 |
| 9/10/2021 | RS | Emailed Nubia's lawyer | 0.1 | 125 | $12.50 |
| 9/22/2021 | JAG | Prepared and filed COS on Continued confirmantion | 0.2 | 125 | $25.00 |
| 9/22/2021 | JAG | Fee application preparation and submission, calculated fees | 1.1 | 425 | $467.50 |
| 10/13/2021 | RS | Preparation and precall to trustee [PROJECTED TIME] | 0.2 | 425 | $85.00 |
| 10/14/2021 | RS | Confirmation hearing [PROJECTED TIME] | 0.5 | 425 | $212.50 |
| 10/14/2021 | RS | Confirmation and Fee application motion [PROJECTED TIME] | 0.5 | 425 | $212.50 |
| | | TOTAL OFFICE TIME | 24.3 | | $9,007.50 |
| | | TOTAL FEES and COSTS | | | $9,007.50 |

$9,007.50    $0.00    $9,007.50



**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Efrain Navarrete                    21-14282-SMG-
                                              Chapter 13
_____ Debtor(s)   /

**APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES**
**OR REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR CHAPTER 13 DEBTOR**

        Applicant, Robert Sanchez, Esq. and the Law Offices of Robert Sanchez, was retained by the debtor to serve in this bankruptcy case as attorney for debtor. A copy of the retainer agreement is attached as Exhibit "A". Pursuant to Local Rule 2016-1(B)(2) and the "Chapter 13 Fee Guidelines", applicant hereby requests the court to approve compensation and reimbursement of expenses as follows:

| | |
|---|---|
| Total Fees Requested: | $ 6,650.00 |
| Total Expenses to be Reimbursed: | $ 0.00 |
| Amount Received To-Date: (exclusive of filing fees) | $ 1,190.00 |
| Amount to be Paid through Plan: | $ 5,460.00 |

    1.    The amount requested, if allowed, will be paid in full after 60 monthly payments under the plan.

    2.    A detailed itemization of the services rendered to date and corresponding time entries is attached as Exhibit "B" for the period from 04/20/2020 to 10/14/2021.

    3.    Applicant estimates that an additional n/a hours will be required to be expended in providing legal services on behalf of the debtor(s) described below:
n/a.

    4.    The following is a short statement of any unusual, troublesome or unique aspects of this case which resulted in or will result in more than the usual amount of

Initials: _EN_
Page 1 of 3

LF-69 (rev. 12/01/09)

time being expended and more than the usual amount of costs being incurred:

<u>Debtor and counsel had detailed conversations regarding the various trustee's deficiency for confirmation requests. The consultations required more than the usual time compared to other similarly situated clients. Furthermore, there were multiple requests to obtain documentation from the Debtor, especially with proper accounting figures for a claim. This resulted in a few confirmation hearing continuances as well as a continued Creditor Meeting.</u>

<u>Furthermore, there were multiple conversations with client and the domestic support claimant and her attorney to conform accurately to her proof of claim.</u>

<u>Furthermore, the IRS filed a large proof of claim in which the Debtor objected to and was recently amended.</u>

<u>There are no charges in this Application for Fees for secretarial or typing time and no charges have been added for travel time to and from the Courthouse for any of the hearings.</u>

<u>The total amount that was expended not including costs were $9,007.50 but a discount over $2,000.00 was applied in order for the plan to be feasible.</u>

    5.    The source of compensation previously paid to applicant was <u>the initial retainer paid by the Debtor</u>.

    6.    Applicant has not shared or agreed to share any compensation received in connection with the bankruptcy case with any person or entity other than a member or regular associate of applicant's firm. (If such a sharing arrangement exists, it should be disclosed in this paragraph.)

**WHEREFORE**, Robert Sanchez, Esq. of Robert Sanchez, P.A. respectfully requests that this court enter an order awarding the attorney's fees requested in this application and for any other relief deemed just and proper in the circumstances.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District

Initials: _____

Page 2 of 3

LF-69 (rev. 12/01/09)

Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**DATED:** September 22, 2021

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008
By: /s/ Robert Sanchez, Esq.
Robert Sanchez, Esq., FBN#0442161
Attorney for Debtor

cc: Debtor(s), Efrain Navarrete,
911 NW 209th Avenue #102,
Pembroke Pines, FL 33029-2112

Chapter 13 Trustee Via CM/ECF
Robin R. Weiner
PO Box 559007
Fort Lauderdale, FL 33355-9007

Assistant US Trustee Via CM/ECF
51 SW 1st Avenue, #1204
Miami, FL 33130

Initials: EN
Page 3 of 3

LF-69 (rev. 12/01/09)