

**ORDERED in the Southern District of Florida on October 4, 2021.**

**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:    Efrain Navarrete                                    Case No.: 21-14282-SMG
                                                             Chapter 13

_____Debtor_____/


**ORDER CONTINUING OBJECTION TO CLAIM OF NUBIA NAVARRETE [# 3-1; ECF#20]**

    **THIS MATTER** having come to be heard on the consent calendar this  9.ᵗ day of September 2021,

upon Debtor's Objection to Claim of Nubia Navarrete (herein "Objection"; POC# 3-1; ECF# 20), IT IS;

    **ORDERED AND ADJUDGED:**

    1.   The Objection is continued to:

                **Date: October 14, 2021**
                **Time: 1:00 p.m.**
                **Location: Please see notice below:**

**Video Conference by Zoom for Government**
**The hearing scheduled by this notice will take place only by video conference. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. Although conducted by video conference, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court.**

**To participate in the hearing, you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser: https://www.zoomgov.com/meeting/register/vJIsceqsqzMtG7hezfpqRtlAFR1SzvHObJU**
**The movant, or movant's counsel if represented by an attorney, must: (a) serve a copy of this notice of hearing and, unless previously served, the above−described document(s) on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and (b) file a certificate of service as required under Local Rules 2002−1(F) and 9073−1(B). Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be heard thereon.**
**PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.**

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties.

Submitted By:
Robert Sanchez, Esq.
Robert Sanchez, P.A.
355 W 49 St.
Hialeah, FL 33012
(305) 687-8008
Fax : (305) 512-9701
Email: court@bankruptcyclinic.com