

**ORDERED in the Southern District of Florida on October 12, 2021.**

*Scott M. Grossman*
_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA

In re:   Case No.: 21-14282-SMG-
         Chapter 13

Efrain Navarrete
         Debtor(s)     /

### AGREED ORDER SUSTAINING OBJECTION TO CLAIM OF NUBIA DEL ROCIO LOPEZ NAVARRETE

THIS MATTER having come to be heard on Debtor's Objection to Claim of Nubia Del Rocio Lopez Navarrete (ECF#20; claim #3-1), noting the agreement of the parties, and based on the record, IT IS;

ORDERED AND ADJUDGED:

1. The objection to the proof of claim of Nubia Del Rocio Lopez Navarrete is SUSTAINED as agreed herein.

2. The priority portion and the total claim itself are reduced to a grand total of $16,444.84 for which includes the child support arrearage total in the amount of $919.84 and alimony arrearage total in the amount of $15,525.00.

3. Regular child support and alimony payments are to be paid pursuant to the latest filed plan which is now the Third Amended Plan.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.

LF-70 (rev. 12/01/09)

Respectfully Submitted:
Robert Sanchez, P.A.
Robert Sanchez, Esq.; Fl. Bar No. 0442161
355 West 49th Street
Hialeah, FL 33012
Telephone: (305) 687-8008
E-Mail: court@bankruptcyclinic.com

LF-70 (rev. 12/01/09)